UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOE MORENO,<br><br>        Petitioner,<br><br>        v.<br><br>BRIAN CATES,<br><br>        Respondent. | Case No. 2:23-cv-08676-SSS-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the operative Petition (Dkt. 1, "Petition"), Respondent's Answer to the Petition (Dkt. 9) and supporting records (Dkt. 10), Petitioner's Traverse and supporting Memorandum (Dkt. 18, 19), the Report and the Recommendation of the United States Magistrate Judge (Dkt. 21, "Report"). No party filed a timely objection to the Report. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: June 5, 2024

                                            SUNSHINE SUZANNE SYKES
                                            United States District Judge