JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOE MORENO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRIAN CATES,<br><br>　　　　Respondent. | Case No. 2:23-cv-08676-SSS-JDE<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: June 5, 2024

_____
SUNSHINE SUZANNE SYKES
United States District Judge